```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14391
    OLLIE V WILLIAMS
    ANGELIQUE C WILLIAMS                       CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-1013    SSN XXX-XX-8238

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/09/2007 and was confirmed 11/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
NATIONAL AUTO FINANCE CO  SECURED VEHIC       .00            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         164.54           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         606.98           .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED           .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00            .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE  19181.95            .00            .00
WASHINGTON MUTUAL         CURRENT MORTG       .00            .00            .00
WASHINGTON MUTUAL         SECURED NOT I   5155.91            .00            .00
AMERICAN GENERAL FINANCE  SECURED VEHIC    500.00          21.31         108.93
AMERICAN GENERAL FINANCE  UNSECURED      NOT FILED           .00            .00
AMERICREDIT FINANCIAL SV  SECURED VEHIC  11558.24         1122.40        2882.04
AMERICREDIT FINANCIAL SV  UNSECURED      NOT FILED           .00            .00
ACCREDITED HOME LENDER    SECURED NOT I       .00            .00            .00
HSBC MORTGAGE SERVICE     CURRENT MORTG       .00            .00            .00
HSBC MORTGAGE SERVICE     MORTGAGE ARRE   2665.00            .00            .00
WORLD FINANCIAL NETWORK   SECURED NOT I   5590.82            .00            .00
ARROW FINANCIAL SERVICES  UNSECURED      NOT FILED           .00            .00
SPRINT                    UNSECURED      NOT FILED           .00            .00
DIRECTV                   UNSECURED      NOT FILED           .00            .00
BENEFICIAL                SECURED NOT I   7610.83            .00            .00
AT&T                      UNSECURED      NOT FILED           .00            .00
LITTLE COMPANY OF MARY H  UNSECURED      NOT FILED           .00            .00
LITTLE COMPANY OF MARY H  UNSECURED      NOT FILED           .00            .00
DS WATERS OF NORTH AMERI  UNSECURED      NOT FILED           .00            .00
MCI COMMUNICATIONS        UNSECURED      NOT FILED           .00            .00
DIRECT TV                 UNSECURED      NOT FILED           .00            .00
FOUNDATION EMERGENCY SER  UNSECURED      NOT FILED           .00            .00
WOW INTERNET & CABLE SER  UNSECURED      NOT FILED           .00            .00
HARLEM FURNITURE          UNSECURED      NOT FILED           .00            .00
HARLEM FURNITURE          UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        717.78            .00            .00
HSBC NV                   UNSECURED      NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14391 OLLIE V WILLIAMS & ANGELIQUE C WILLIAMS
```

```
WOMEN S WORKOUT WORLD      UNSECURED        NOT FILED                .00              .00
EVERGREEN EMERGENCY SERV   UNSECURED        NOT FILED                .00              .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED                .00              .00
AMERICREDIT FINANCIAL SV   NOTICE ONLY      NOT FILED                .00              .00
WORLD FINANCIAL NETWORK    SECURED NOT I     5584.77                 .00              .00
CITY OF CHICAGO PARKING    UNSECURED          520.32                 .00              .00
WORLD FINANCIAL NETWORK    NOTICE ONLY          .00                  .00              .00
CITY OF CHICAGO PARKING    FILED LATE           .00                  .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,863.00                            2,863.00
TOM VAUGHN                 TRUSTEE                                                 555.08
DEBTOR REFUND              REFUND                                                  807.21

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 8,359.97

PRIORITY                                              .00
SECURED                                          2,990.97
    INTEREST                                     1,143.71
UNSECURED                                             .00
ADMINISTRATIVE                                   2,863.00
TRUSTEE COMPENSATION                               555.08
DEBTOR REFUND                                      807.21
                        ---------------       ---------------
TOTALS                  8,359.97                 8,359.97
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 10/29/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 14391 OLLIE V WILLIAMS & ANGELIQUE C WILLIAMS